**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jgavenman@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA NOORI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDERFARMS LLC,<br><br>Defendant. | Case No. 3:23-cv-01409-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Christina Noori hereby dismisses, with prejudice, all claims against Defendant.  Each party shall bear its own costs.

Dated: April 5, 2023                                        Respectfully submitted,

                                                  **BURSOR & FISHER, P.A.**

                                                  By:   /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
           jgavenman@bursor.com

*Attorneys for Plaintiff*